# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141920(25)

LONNER MELTON,
      Plaintiff-Appellant,

                                SC: 141920

v                                   COA:  297601

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion by plaintiff-appellant for reconsideration of the order of October 19, 2010 is considered and it is denied because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2010

_____
Clerk